**Maria Lita PADERNAL–NYE, Petitioner–Appellant,**

v.

**Alberto R. GONZALES, Attorney General, et al., Respondents–Appellees.**

No. 04–17350.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 20, 2005.

Decided Oct. 24, 2005.

Jon Eric Garde, Esq., Law Offices of Jon Eric Garde, Las Vegas, NV, for Petitioner–Appellant.

District Counsel, Office of the District Counsel, Carlos A. Gonzalez, Esq., Office of the U.S. Attorney, Las Vegas, NV, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, San Francisco, CA, Norah Ascoli Schwarz, Esq., Cindy S. Ferrier, Esq., Shelley R. Goad, Esq., U.S. Department of Justice, Washington, DC, for Respondents–Appellees.

Before: TROTT and RYMER, Circuit Judges, and PLAGER,* Senior Circuit Judge.

ORDER **

This appeal is dismissed as moot.

---

\* The Honorable S. Jay Plager, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

A certified copy of this order shall serve as the mandate of the court.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.